1  (*Counsel listed on next page*)
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Hector Topete, an individual, Estuardo Ruiz, an individual, Juan Perez, an individual, Enrique Bernal, an individual, Tulio Poggio, an individual, Robert Campbell, an individual, Jesus Granados, an individual, Claudia Zepeda, an individual, Civel Rodriguez Lenus, an individual, Tomas Zavala Perez, an individual, Ricardo Pimentel, an individual, Ricardo Jaime Silverio, an individual, Rafael Oropeza, an individual, Alfredo Yepez Garibay, an individual, Rodolfo Reveles, an individual, Victor M. Baez, an individual, Karl Cleveland, an individual, and Alfonso Abrego, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Target Corporation, a Minnesota Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | No. 1:18-CV-00833-LJO-JLT<br><br>**STIPULATION AND ORDER RE: REMAND OF ACTION TO STATE COURT**<br><br>Kern County Superior Court,<br>No. BCV-18-101145 |

| | |
|---|---|
| 1 | CRAIG J. ACKERMANN (Cal. State Bar No. 229832)<br>ACKERMANN & TILAJEF, P.C. |
| 2 | 1180 South Beverly Drive, Suite 610<br>Los Angeles, California 90035 |
| 3 | Telephone: (310) 277-0614<br>Facsimile: (310) 277-0635 |
| 4 | cja@ackermanntilajef.com |
| 5 | JONATHAN MELMED (Cal. State Bar No. 290218)<br>MELMED LAW GROUP P.C. |
| 6 | 1180 S. Beverly Drive, Suite 610<br>Los Angeles, California 90035 |
| 7 | Telephone: (310) 824-3828<br>Facsimile: (310) 862-6851 |
| 8 | jm@melmedlaw.com |
| 9 | |
| 10 | Attorneys for Plaintiffs Hector Topete, Estuardo Ruiz, Juan Perez, Enrique Bernal, Tulio Poggio, |
| 11 | Robert Campbell, Jesus Granados, Claudia Zepeda, Civel Rodriguez Lenus, Tomas Zavala Perez, |
| 12 | Ricardo Pimentel, Ricardo Jaime Silverio, Rafael Oropeza, Alfredo Yepez Garibay, Rodolfo |
| 13 | Reveles, Victor M. Baez, Karl Cleveland, and Alfonso Abrego |
| 14 | JEFFREY D. WOHL (Cal. State Bar No. 096838)<br>RYAN D. DERRY (Cal. State Bar No. 244337) |
| 15 | ANDREA B. DICOLEN (Cal. State Bar No. 305555)<br>ANNA M. SKAGGS (Cal. State Bar No. 319179) |
| 16 | PAUL HASTINGS LLP |
| 17 | 101 California Street, 48th Floor<br>San Francisco, California 94111 |
| 18 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 19 | jeffwohl@paulhastings.com<br>jullielal@paulhastings.com |
| 20 | andreadicolen@paulhastings.com<br>annaskaggs@paulhastings.com |
| 21 | PAUL D. KIND (Cal. State Bar No. 307322)<br>PAUL HASTINGS LLP |
| 22 | 515 South Flower Street, 25th Floor<br>Los Angeles, California 90071 |
| 23 | Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705 |
| 24 | paulkind@paulhastings.com |
| 25 | Attorneys for Defendant<br>Target Corporation |
| 26 | |
| 27 | |
| 28 | |

LEGAL_US_W # 95005736.1

STIPULATION AND ORDER RE: REMAND TO
STATE COURT
U.S.D.C., E.D. Cal., No. No. 1:18-CV-00833-LJO-JLT

# **STIPULATION**

Plaintiffs Hector Topete, Estuardo Ruiz, Juan Perez, Enrique Bernal, Tulio Poggio, Robert Campbell, Jesus Granados, Claudia Zepeda, Civel Rodriguez Lenus, Tomas Zavala Perez, Ricardo Pimentel, Ricardo Jaime Silverio, Rafael Oropeza, Alfredo Yepez Garibay, Rodolfo Reveles, Victor M. Baez, Karl Cleveland, and Alfonso Abrego, and defendant Target Corporation ("Target"), acting through their respective counsel of record, hereby stipulate as follows:

1. On May 14, 2018, plaintiffs commenced this action in the Superior Court of California for Kern County (the "Superior Court"), where it was case number BCV-18-101145.

2. On June 18, 2018, Target removed this action to this Court, based on asserted diversity-of-citizenship jurisdiction over plaintiff Karl Cleveland's claims and supplemental jurisdiction over the other plaintiffs' claims.

3. Plaintiffs have disputed that the Court has removal jurisdiction over the action.

4. To resolve the dispute, the parties have agreed and stipulate as follows:

   a. Plaintiffs Hector Topete, Estuardo Ruiz, Juan Perez, Enrique Bernal, Tulio Poggio, Robert Campbell, Jesus Granados, Claudia Zepeda, Civel Rodriguez Lenus, Tomas Zavala Perez, Ricardo Pimentel, Ricardo Jaime Silverio, Rafael Oropeza, Alfredo Yepez Garibay, Rodolfo Reveles, Victor M. Baez, Karl Cleveland, and Alfonso Abrego do not seek, will not seek, and will not accept recovery in this action of an amount, including damages, penalties and attorneys' fees, that exceed $75,000 per plaintiff.

   b. Based on plaintiffs' representation, Target agrees that this action may be remanded to the Superior Court.

   c. Based on Target's agreement, plaintiffs will not seek attorneys' fees and costs in connection with the remand.

   d. This stipulation does not preclude a future removal of this action should plaintiffs add a claim over which the Court has jurisdiction, such as a claim under the Fair Labor Standards Act or a class action claim subject to the Class Action Fairness Act.

5. Based on the foregoing, the parties respectfully request the Court to remand this action to the Superior Court.

Dated: July 17, 2018.
        CRAIG J. ACKERMANN
        ACKERMANN & TILAJEF, P.C.

        JONATHAN MELMED
        MELMED LAW GROUP P.C.

        By:   /s/ *Jonathan Melmed*
        Attorneys for Plaintiffs Hector Topete, Estuardo Ruiz, Juan Perez, Enrique Bernal, Tulio Poggio, Robert Campbell, Jesus Granados, Claudia Zepeda, Civel Rodriguez Lenus, Tomas Zavala Perez, Ricardo Pimentel, Ricardo Jaime Silverio, Rafael Oropeza, Alfredo Yepez Garibay, Rodolfo Reveles, Victor M. Baez, Karl Cleveland, and Alfonso Abrego

Dated: July 17, 2018.
        JEFFREY D. WOHL
        RYAN D. DERRY
        ANDREA B. DICOLEN
        ANNA M. SKAGGS
        PAUL D. KIND
        PAUL HASTINGS LLP

        By:   /s/ *Jeffrey D. Wohl*
        Jeffrey D. Wohl
        Attorneys for Defendant
        Target Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is REMANDED to the Superior Court of California for Kern County.

IT IS SO ORDERED.

Dated: __**July 17, 2018**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE